**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7721**

DENNIS ELIJAH JEMISON,

             Plaintiff - Appellant,

        v.

WARDEN K. DEBOO; R. REED, Counselor, A3 Unit Team; D. SMITH,
Case Manager, A3 Unit Team; D. HEADY, A3 Unit Team, Unit
Manager; RANKIN, Assistant Warden; E. BORAM, Health Services
Administrator; MOHONEY, Officer; BRIGHT, Officer; BONNELL,
Officer; J. CLAYTON, Lt.; A. SLIGAR, Lt.,

             Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  James E. Seibert,
Magistrate Judge.  (1:11-cv-00047-JES)

Submitted:  April 19, 2012          Decided:  April 25, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennis Elijah Jemison, Appellant Pro Se.   Rita R. Valdrini,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Elijah Jemison appeals the magistrate judge's order[*] denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Jemison v. Deboo, No. 1:11-cv-00047-JES (N.D.W. Va. Dec. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).

2